UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

FRANCISCO PRECIADO ROBLES, )   Case No. 5:26-cv-00944-RGK (DTB)
)
Petitioner, )   **ORDER ACCEPTING FINDINGS,**
)   **CONCLUSIONS AND**
v. )   **RECOMMENDATIONS OF**
)   **UNITED STATES MAGISTRATE**
MARKWAYNE MULLIN, Secretary, )   **JUDGE (AS MODIFIED)**
U.S. Department of Homeland )
Security, et al., )
)
)
Respondents. )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Declaring that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent redetention violated the Due Process Clause of the Fifth Amendment and federal law.  Petitioner is ordered to be immediately released from custody and his previous conditions of supervision are to be reinstated.  Respondents and their officers, agents, employees, attorneys and persons acting on

1

their behalf in concert or in participation with them are enjoined from:  Removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based or fear-based objection.

Dated: 5/1/2026

_____
R. GARY KLAUSNER
United States District Judge