JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANCISCO PRECIADO ROBLES, | Case No. 5:26-cv-00944-RGK (DTB) |
| Petitioner, | **J U D G M E N T** |
| v. | **(AS MODIFIED)** |
| MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent redetention violated the Due Process Clause of the Fifth Amendment and federal law.  Petitioner is ordered to be immediately released from custody and his previous conditions of supervision are to be reinstated.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from:  Removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based or fear-based objection.

Dated: May 1, 2026

_____
R. GARY KLAUSNER
United States District Judge

1